UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re )
)
BETTY JEAN NULF ) Case No. 09-33746
) Chapter 13/crd
)
Debtor )

### ORDER

At South Bend, Indiana, on MAR 0 4 2011

The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706, § 1112, or § 1208.

IT IS ORDERED THAT:

1. This chapter 13 case is dismissed. The automatic stay on creditor actions against the debtor and the debtor's property is removed pursuant to 11 U.S.C. § 362(c)(2)(B).

2. Any wage deduction order which may be in force is terminated, effective with the date of this order.

3. Any entity wishing to file a request for payment of an administrative expense under 11 U.S.C. § 503(b) shall file the request within 14 days from the date of this order.

4. The chapter 13 trustee shall disburse all funds on hand in accordance with 11 U.S.C. § 1326(a)(2) and file a chapter 13 final report and account as soon as practicable.

5. Upon receipt of the trustee's final report and account, the case will be closed.

6. The Clerk shall serve a copy of this order on all creditors and parties in interest.

HARRY C. DEES, JR.
JUDGE, UNITED STATES BANKRUPTCY COURT